IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY HOLT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 C 5468 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**MIDLAND CREDIT MANAGEMENT INC.'S MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Midland Credit Management, Inc. ("MCM"), by its attorneys, Katrina S. Christakis and Raechelle Delarmente (Grady Pilgrim Christakis Bell LLP, *of counsel*), respectfully requests that the Court extend the time Defendant has to file its responsive pleading to Plaintiff's Complaint, to and including October 30, 2009. In support of this motion, MCM states as follows:

1. On September 15, 2009, MCM was served with plaintiff's *pro se* Complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* and the Illinois Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

2. MCM's counsel was only recently retained and, therefore, has not had sufficient time to investigate the allegations and legal claims contained in the Complaint.

3. Accordingly, MCM requests additional time to file an answer or to otherwise plead to Plaintiff's Complaint, to and including October 30, 2009.

WHEREFORE, Defendant, Midland Credit Management, Inc., respectfully requests that the Court extend the time MCM has to file its answer or to otherwise plead to Plaintiff's Complaint, to and including October 30, 2009.

        Respectfully submitted,

        MIDLAND CREDIT MANAGEMENT, INC.

        By:    /s Raechelle Delarmente
                 One of its attorneys

Anna-Katrina S. Christakis
Raechelle Delarmente
GRADY PILGRIM CHRISTAKIS BELL LLP
53 West Jackson Boulevard
Suite 715
Chicago, Illinois 60604
Phone: (312) 939-6580
Fax: (312) 939-0983

**CERTIFICATE OF SERVICE**

      Raechelle Delarmente, an attorney, certifies that on October 5, 2009, she electronically filed the foregoing **Midland Credit Management, Inc.'s Motion for Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court by using the CM/ECF system, and that she served it on the below-named individual via first class mail by depositing it in the U.S. Mail at 53 W. Jackson, Chicago, Illinois:

    Kimberly Holt
    9352 S. Kimbark Ave.
    Chicago, IL  60619


                                                      /s Raechelle Delarmente


Anna-Katrina S. Christakis
Raechelle Delarmente
GRADY PILGRIM CHRISTAKIS BELL LLP
53 West Jackson Boulevard
Suite 715
Chicago, Illinois 60604
Phone: (312) 939-0920
Fax: (312) 939-0983