IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY HOLT, ) | |
| Plaintiff, ) | JURY DEMANDED |
| ) | |
| v. ) | |
| ) | 1:09-cv-5468 |
| MIDLAND CREDIT MANAGEMENT, INC., ) | Judge Gettleman |
| Defendant. ) | |
| ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT**

Alexander H. Burke, appointed counsel for Kimberly Holt, respectfully requests that the Court extend the time within which an Amended Complaint may be filed until January 15, 2010.

In support of this motion, Mr. Burke states:

1. On November 13, 2009, this Court appointed Alexander H. Burke as counsel for Kimberly Holt in this Fair Debt Collection Practices Act and Fair Credit Reporting Act case. Mr. Burke, who has never been appointed as counsel before, and is not a member of the trial bar, needs additional time to file the Amended Complaint. Mr. Burke and Ms. Holt had an in-person meeting on December 4, 2009.

2. On December 12, 2009, Mr. Burke, while driving alone, was in a major car accident. The car was "totaled," and Mr. Burke suffered fractured ribs, a sore neck and severe burns on his hands. These injuries have temporarily lowered Mr. Burke's efficiency. Mr. Burke prepared a draft Amended Complaint by December 30, 2009, but the one day did not provide enough time for counsel to adequately discuss the draft with Ms. Holt.

3. Mr. Burke therefore requests an additional two weeks within which he, Ms. Holt or another lawyer, may file an amended complaint in this case.

WHEREFORE, Alexander H. Burke, appointed counsel for Kimberly Holt, respectfully requests that the Court extend the time within which an Amended Complaint may be filed until January 15, 2010.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com