IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY HOLT, | ) | |
| Plaintiff, | ) | 1:09-cv-5468 |
| v. | ) | |
| | ) | Judge Gettleman |
| MIDLAND CREDIT MANAGEMENT, INC. | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

### *INSTANTER* MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT

Now comes appointed counsel, Alexander H. Burke, who respectfully requests that this Court extend the time within which Kim Holt may file her Amended Complaint while Ms. Holt's motion to terminate her relationship with Mr. Burke is pending.

In support of this motion, Mr. Burke states:

1.  Counsel Alexander H. Burke was appointed to represent plaintiff Kim Holt on November 13, 2009. An amended complaint was due on January 31, 2009.

2.  On January 31, 2009, Mr. Burke filed a motion to extend the time within which Ms. Holt could file her Amended complaint, until January 15, 2010. That motion was granted without appearance.

3.  On January 6, 2010, Ms. Holt filed a *pro se* motion requesting that Mr. Burke be removed as her attorney. Mr. Burke does not oppose that motion.

4.  Counsel files this motion so that Ms. Holt will have time after her motion to terminate her relationship with Mr. Burke has been resolved to continue her case.

WHEREFORE, Alexander H. Burke respectfully requests that this Court extend the time within which Kim Holt may file her Amended Complaint while Ms. Holt's motion to terminate her relationship with Mr. Burke is pending.

                                                Respectfully submitted,

                                                <u>Alexander H. Burke</u>

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com