# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5468 | **DATE** | 1/27/2010 |
| **CASE TITLE** | Kimberly Holt    vs    Midland Credit MGMT Inc. | | |

**DOCKET ENTRY TEXT:**

     Status hearing held. Plaintiff's motion [23] for extension of time to file amended complaint is granted. Plaintiff's motion [21] to withdraw and appoint new counsel is granted. Alexander Burke is given leave to withdraw as counsel for plaintiff. The Court appoints Carrie Ann Dolan, Cohon, Raizes & Regal 208 S. LaSalle St. suite 1860, Chicago, Il. 60604   (312) 726-2252    e-mail cdolan@cohonraizes.com to represent plaintiff in this cause. Status hearing continued to 3/16/2010, at 9:00 a.m.

   [Docketing to mail  notice]

00:07

| | Courtroom Deputy | GDS |
|---|---|---|